THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO NEGRON, Appellant.

Submitted October 14, 2014; decided October 16, 2014

Motion for assignment of counsel granted and Joel B. Rudin, Esq., care of Law Offices of Joel B. Rudin, 600 Fifth Ave., 10th Floor, New York, NY 10020 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v VINOD PATEL, Respondent.

Submitted September 2, 2014; decided October 16, 2014

Motion for reargument denied [see 23 NY3d 605 (2014)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCIANO ROSARIO, Appellant.

Submitted October 6, 2014; decided October 16, 2014

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM WASHINGTON, Appellant.

Submitted September 29, 2014; decided October 16, 2014

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.